MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax:831.426.0159

Attorney for Simon Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>V.<br><br>SIMON HERNANDEZ,<br><br>　　　　　　　Defendant. | Case No. CR11-00567-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM APRIL 23, 2012 THROUGH MAY 7, 2012** |

  Plaintiff United States of America, by and through their counsel Assistant United States Attorney, Daniel Kaleba, and defendant Simon Hernandez, by and through his attorney Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the status conference currently scheduled for April 23, 2012 should be continued to May 7, 2012.

  The parties further stipulate that time should be excluded under the Speedy Trial Act from April 23, 2012 through May 7, 2012 so that defense counsel can conduct additional investigation and

Hernandez-[Proposed] Order Excluding Time  - 1 -

so that the parties may finalize the resolution of this matter.

IT IS SO STIPULATED.

                                                MELINDA HAAG
                                                United States Attorney

Date: April 20, 2012

                                                _____/S/_____
                                                DANIEL KALEBA
                                                Assistant United States Attorney

Date: April 20, 2012

                                                _____/MDS/_____
                                                MICHELLE D. SPENCER
                                                Attorney for Simon Hernandez

## [PROPOSED] ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefor, the Court finds that failing to exclude the time from April 23, 2012 through May 7, 2012 would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 23, 2012 through May 7, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from April 23, 2012 through and including May 7, 2012 shall be excluded from computation under the Speedy Trial Act.

Date: April 20, 2012

                                                HON. EDWARD J. DAVILA
                                                United States District Judge